UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 3:15MC195

FILED
CHARLOTTE, NC

NOV 17 2015

US District Court
Western District of NC

IN THE MATTER OF: )
)
SPECIAL ADMISSION OF ATTORNEYS )
EMPLOYED BY THIS DISTRICT'S )
COMMUNITY OR FEDERAL DEFENDER )

**FOR GOOD CAUSE SHOWN,**

**IT IS ORDERED** that any attorney employed by the Community or Federal Defender for the Western District of North Carolina may appear specially and be heard in any action in which the Community or Federal Defender has been appointed without formal or general admission to the Bar of this Court for a period of one year from the date of this Order or one year from the date such attorney first begins work in this district, whichever is later. Any attorney who appears in this Court pursuant to such order shall read and agree to abide by the Local Rules of this Court, the Rules of Professional Conduct of the North Carolina State Bar, and the Model Rules of Professional Conduct of the American Bar Association, and to accept the discipline of this court in the same manner as an attorney regularly admitted to the Bar of this Court.

**SO ORDERED** this 12th day of November, 2015.

_____
FRANK D. WHITNEY, Chief
UNITED STATES DISTRICT JUDGE

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE

_____
ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

_____
MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE

_____
MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE

_____
GRAHAM C. MULLEN, Senior
UNITED STATES DISTRICT JUDGE